# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:  Case No. 8:23-bk-04268-RCT
 Chapter 13
THOMAS EUGENE HUDSON, IV

      Debtor.[1]
_____/

## TRUSTEE'S UNFAVORABLE RECOMMENDATION AND OBJECTION CONCERNING CONFIRMATION OF THE PLAN

TO:  Clerk, United States Bankruptcy Court

    <u>Trustee's Recommendation to the Court</u>.  The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time and objects to confirmation based on the following:

    1.    The Trustee requests the following additional documents, to be provided within twenty-one (21) days unless otherwise specified, to determine if the Debtor has dedicated all disposable income to the Plan and/or met the best interest of creditors test:

        a.  The Debtor's pay advices/proof of monthly income for month of filing and for 5 months thereafter and for 6 months prior to filing for income from the Debtor's business;

        b.  Non-Filing spouse's pay advices/proof of monthly income for 6 months prior to filing.

    2.    It does not appear that the Debtor has dedicated all disposable income to the proposed Plan as required by 11 U.S.C. §1325(b)(1)(B).

        a.  The Debtor needs to provide the Trustee with a draft Form 122C to reflect their current income;

---

[1] All references to "Debtor" shall include and refer to both of Debtors in a case filed jointly by two individuals.

b. The Debtor is showing payments for two vehicles while their schedules I and J show only a household of one;

c. Debtor's Official Form 122C-1 needs to be amended to correct line(s) 5 and 6, depending on the source of the non-employment income, because they are understated based on the Debtor's pay advices/testimony.

3. The Trustee reserves the right to request further information or raise further objections prior to or at the confirmation hearing.

I HEREBY CERTIFY that a true and correct copy of the Trustee's Unfavorable Recommendation and Objection Concerning Confirmation of the Plan was furnished electronically and/or by First Class U.S. Mail to THOMAS E. HUDSON, IV, 12701 Gorda Cir E., Largo, FL 33773; ROBERT M. GELLER, 807 W. Azeele Street, Tampa, FL 33606; and the U.S. TRUSTEE, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, on this 16th day of November, 2023.

/s/ William C. Harrison, Esquire
WILLIAM C. HARRISON., ESQUIRE
Post Office Box 89948
Tampa, Florida 33689-0416
Phone (813) 658-1165
Facsimile (813) 658-1166
Florida Bar No. 0896731
Attorney for the Trustee

KR/tem